No. 5353.—Reyes, aplda. *v.* Delgado, et al., apltes.—C. D. San Juan. Abril 9, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Siendo cuestiones de hecho las únicas levantadas por el señalamiento de errores y no apareciendo error manifiesto alguno en la apreciación de la prueba, ni la supuesta pasión y prejuicio imputada al juez de distrito por el apelante, se confirma la sentencia apelada.

El Juez Asociado Sr. Wolf no intervino.